1  NICOLA T. HANNA
   United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
4  CEDINA M. KIM
   Assistant United States Attorney
5  Senior Litigation Counsel, Civil Division
   Jean M. Turk CA State Bar No.: 131517
6  Special Assistant United States Attorney
7  Assistant Regional Counsel
   Social Security Administration, Region IX
8  160 Spear Street, Suite 800
   San Francisco, California 94105
9  Tel: (415) 977-8935; Fax: (415) 744-0134
   E-mail: jean.turk@ssa.gov
10
11 Attorneys for Defendant
   NANCY A. BERRYHILL

**FILED**
CLERK, U.S. DISTRICT COURT
06/14/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___jm___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA IRENE COLETTO,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant | Case No.: CV 19-00121 PLA<br><br>**JUDGMENT FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation.

DATED: 06/14/2019         /S/ Paul L. Abrams
                          HON. PAUL L. ABRAMS,
                          UNITED STATES MAGISTRATE JUDGE

-1-